UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

FILED
Feb. 26, 2013
Grant E. Price , Clerk
U.S. Bankruptcy Court
Western District of Oklahoma

In Re:

**Cynthia Duncan**

Debtor(s).

Case No.: **10–14680**
Chapter: **13**

## Order of Substitution

   An Assignment of Claim was filed in this case on 1/17/2013 . The assignor is HSBC Bank Nevada, N.A. for Claim No. 8 and the assignee is Capital One NA . The amount of the claim is $4379.94 .

   Notice of the assignment was entered by the Clerk on 1/24/2013 and forwarded to the assignee and assignor.

   No objection to the assignment has been filed as of the date of this order.

   THEREFORE, THE COURT ORDERS that Capital One NA be substituted in place of HSBC Bank Nevada, N.A. for Claim No. 8.

Dated:  Feb. 26, 2013

**Niles L. Jackson**
United States Bankruptcy Court Judge