PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA  91364
P.O. Box 4365
Woodland Hills, CA  91365-4365
(818) 227-0100
(818) 227-0637 (facsimile)
cmartin@pralc.com
Authorized Agent for Secured Creditor
B.507-8502

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re | ) Bk. No. 10-14680 |
| | ) |
| CYNTHIA DUNCAN, | ) |
| | ) WITHDRAWAL OF |
| Debtor. | ) PROOF OF CLAIM |
| | ) (CLAIM NO. 4) |
| | ) |

Bank of America, N.A., Secured Creditor and holder of a lien on the property described as 305 CAMBRIDGE DR, MIDWEST, OK 73110 withdraws its Proof of Claim No. 4, filed on August 16, 2010, as the subject debt has been forgiven pursuant to the National Mortgage Settlement Extinguishment Program.

Dated: April 16, 2013          By /s/ Sandra Martell
                               Authorized Agent for Secured Creditor

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Stephanie Arevalo, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 4/19/2013, I served the within WITHDRAWAL OF PROOF OF CLAIM on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Cynthia Duncan
305 Cambridge Drive
Midwest City, OK 73110

Angela N. Stuteville, Esquire
O. Clifton Gooding, Esquire
650 City Place Building
204 North Robinson Avenue
Oklahoma City, OK 73102

John T. Hardeman
Post Office Box 1948
Oklahoma City, OK 73101

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 4/19/2013 at Woodland Hills, California.

/s/Stephanie Arevalo