UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re

**Cynthia Duncan**,
    Debtor.

and

**Bank of America, N.A.**,
its successors and assigns,
    Movant.

v.

**Cynthia Duncan**,
    Debtor,

**Keyana M Mitchell,**
    Co-Debtor,

and

**John T. Hardeman**, Trustee
    Respondents.

Case No: **10-14680**

Chapter **13**

Motion for Relief from Automatic Stay

Kozeny & McCubbin, L.C.
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
(314) 991-0255
wdok@km-law.com

## MEMORANDUM OF WITHDRAWAL

COMES NOW Movant, Bank of America, N.A., by and through its attorney, Jonathon B. Burford, and files its withdrawal of its Motion for Relief from Automatic Stay and Notice of Opportunity for Hearing, (Docket No. #50), without prejudice.



Respectfully submitted,

By: /s/ Jonathon B. Burford
Jonathon B. Burford, #59337MO
Attorneys for Movant
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
Phone: (314) 991-0255
Fax: (314) 567-8019
wdok@km-law.com

The undersigned certifies that a copy of the above and foregoing pleading was filed electronically and/or mailed by U.S. First Class Mail on November 14, 2014, to:

O. Clifton Gooding
Angela N. Stuteville
Attorneys for Debtor
650 City Place Building
204 North Robinson Avenue
Oklahoma City, OK 73102

John T. Hardeman
Trustee
PO Box 1948
Oklahoma City, OK 73101

Office of the US Trustee
U.S. Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102

And delivered via regular U.S. Mail on November 14, 2014 to everyone on the attached mailing matrix:

Cynthia Duncan
Debtor
305 Cambridge Dr
Midwest City, OK 73110



Keyana M Mitchell
Co-Debtor
305 Cambridge Dr
Midwest City, OK 73110

<u>/s/ Christina Buck</u>
    Christina Buck



| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 10-14680<br>Western District of Oklahoma<br>Oklahoma City<br>Fri Nov 14 13:48:04 CST 2014 | BANK OF AMERICA, N.A.<br>Baer, Timberlake, Coulson, Cates P.C.<br>c/o Robert Getchell<br>6846 S. Canton Ave, Suite 100<br>Tulsa, OK 74136-3413 | BOKF, N.A., successor in interest to Bank of<br>c/o William P. McDoniel, Attorney<br>P.O. Box 2207<br>Oklahoma City, OK 73101-2207 |
| Bank of America<br>Bankruptcy Department<br>NC4-105-02-59<br>P.O. Box 26012<br>Greensboro, NC 27420-6012 | PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk, VA 23541-0907 | PRA Receivables Management, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 |
| USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 | American Infosource Lp As Agent for<br>World Financial Network National Bank As<br>Limited<br>PO Box 248872<br>Oklahoma City, OK  73124-8872 | Anesthesia Associates<br>4500 S Garnett Ste 300<br>Tulsa , OK 74146-5238 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank Of America<br>PO Box 17054<br>Wilmington, DE 19850-7054 | Bank Of America<br>PO Box 26012<br>Greensboro, NC 27420-6012 |
| Bank Of Oklahoma<br>7060 S Yale Ave<br>Tulsa, OK 74136-5711 | Bank of America, N.A.<br>PO Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420-6012 | (c)CAC FINANCIAL CORPORATION<br>2601 NW EXPRESSWAY STE 1000E<br>OKLAHOMA CITY OK  73112-7236 |
| Capital One NA<br>1680 Capital One Drive<br>McLean VA 22102-3407 | Captial One NA<br>PO Box 12907<br>Norfolk VA 23541-0907 | Chase<br>PO Box 94014<br>Palatine , FL 60094-4014 |
| Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374-0933 | Christine Codding Md<br>Po Box 5722<br>Norman , OK 73070-5722 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Credit Collections, Inc.<br>PO Box 60607<br>2915 Classen Blvd, #100<br>Oklahoma City, OK 73106-5452 | Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 |
| Department Stores National Bank/Visa<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 | Dillards<br>PO  Box 960012<br>Orlando , FL 32896-0012 | Discover<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH  43054-3025 | Edmond Meical<br>Po Box 99400<br>Louisvillle , KY 40269-0400 | Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 |

| | | |
|---|---|---|
| HSBC   Bank Nevada, N.A.<br>By PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | Hsbc Bank<br>PO Box 5263<br>Carol Stream, IL 60197-5263 | I C Systems<br>PO Box 64378<br>Saint Paul, MN 55164-0378 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jc Penny<br>PO Box 960090<br>Orlando , FL 32896-0090 | Keyana Mitchell<br>305 Cambridge Drive<br>Midwest City, OK 73110-3348 |
| Kohls<br>PO  Box 3084<br>Milwaukee , WI 53201-3084 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lowes<br>PO  Box 53094<br>Atlanta , GA 30355-1094 |
| Macys<br>P.o Box 8113<br>Mason , OH 45040-8113 | Macys<br>Po Box 689195<br>Des Moines , IA 50368-9195 | National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741<br>USA |
| OU Medical Center<br>Atten: Patient Accounts<br>PO Box 26307<br>Oklahoma City, OK 73126-0307 | OU Physicians<br>PO Box 269026<br>Oklahoma City, OK 73126-9026 | Oklahoma Radiology Group<br>C/O Business Revenue Systems<br>2419 Spy Run Ave Ste A<br>Fort Wayne, IN 46805-3262 |
| Oklahoma Tax Commission<br>Legal Division<br>120 North Robinson, Ste. 2000<br>Oklahoma City, OK 73102-7471 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>Norfolk VA 23541-1067 | Sams Club<br>PO Box 530942<br>Atlanta , GA 30353-0942 |
| St. Anthony Hospital<br>1000 N. Lee Street<br>Oklahoma City, OK 73102-1080 | Surgery Center<br>8121 National Ave<br>Midwest City , OK 73110-7530 | The Gooding Law Firm, P.C.<br>204 N. Robinson Avenue, Suite 1200<br>Oklahoma City, Oklahoma 73102-6801 |
| The Limited<br>220 West Schrock Road<br>Westerville, OH 43081-2873 | Tulsa Adjustment Burea<br>1754 Utica SQ # 283<br>Tulsa, OK 74114-1400 | U.S. Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3444 |
| Visa<br>PO Box 8053<br>Mason, OH 45040-8053 | Wells Fargo<br>PO  Box19657<br>Irvine, CA 92623-9657 | World Network National<br>3100 Easten Square Place<br>Columbus, OH 43219-6232 |
| eCAST Settlement Corporation, assignee<br>of Citibank (South Dakota), N.A.<br>POB 29262<br>New York, NY 10087-9262 | Angela N. Stuteville<br>The Gooding Law Firm<br>650 City Place Building<br>204 North Robinson Avenue<br>Oklahoma City, OK 73102-6807 | Cynthia Duncan<br>305 Cambridge Dr<br>Midwest City, OK 73110-3348 |

```
John T. Hardeman                          O. Clifton Gooding
PO Box 1948                               The Gooding Law Firm
Oklahoma City, OK 73101-1948              650 City Place Building
                                          204 N Robinson Avenue
                                          Oklahoma City, OK 73102-6807
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank Of America              Citi Card                    IRS
4161 Piedmont Pkwy           PO Box 20507                 PO Box 21126
Greenscoro, NC 27410         Kansas City, MO 64195        Philadelphia, PA 19114
```

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
CAC Financial Corporation
2601 NW Expressway, Ste 1000 East
Oklahoma City, OK  73112
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bank of America, N.A.     (u)Heartland Pathology       (u)West assset Management
                             c/o Action Collection        220 Sunset Blvd STE A
                             722 N Broadwat               Mail Returned-99999
                             Mail Returned-99999
```

```
End of Label Matrix
Mailable recipients    61
Bypassed recipients     3
Total                  64
```